UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH VARNEY,                                 :
                              08 Civ. 9702 (SHS) (DF)
            Plaintiff,          :
                              **ORDER**
      -against-        :

C.O. BATMAN,                                    :

           Defendant.       :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

**DEBRA FREEMAN, United States Magistrate Judge:**

It is hereby ORDERED that counsel for the New York State Office of the Attorney General shall make arrangements for Plaintiff to participate in a telephone conference call with both parties and the Court on Friday, April 23, 2010, at 3:00 p.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
       April 19, 2010

                                                     SO ORDERED

                                                     DEBRA FREEMAN
                                                     United States Magistrate Judge

Copies to:

Mr. Kenneth Varney
#08-A-1893
Downstate Correctional Facility
Box F
Red Schoolhouse Road
Fishkill, NY 12524-0445

Mr. Richard Brewster, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271